UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KANAGARAY WIGNARJAN, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 03-5050(FSH) |
| | : | |
| | : | |
| CITY OF BAYONNE, ET AL. | : | <u>ORDER ON INFORMAL APPLICATION</u> |
| Defendants | : | |

This matter having come before the Court by way of letter dated May 4, 2005 asking the Undersigned to rule on the admissibility of a "reenactment"; and it appearing that this an <u>in limine</u> application that should be identified in the final pretrial order and submitted to the trial judge; and for good cause shown,

IT IS on this 9th day of May, 2005

ORDERED that the request for relief set forth in the letter dated May 4, 2005 is denied without prejudice; and

IT IS FURTHER ORDERED that the plaintiff shall identify this issue in the portion of the joint proposed pretrial order that requires parties to identify all <u>in limine</u> motions.  A briefing schedule for <u>in limine</u> motions shall be set at the Final Pretrial Conference on **July 27, 2005 at 1:00 p.m.**  The joint proposed final pretrial order shall be submitted to the Chambers of the Undersigned no later than **July 20, 2005 at 4:00 p.m**.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE
